IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FATIMA JEWETT,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **Case No. 2:25-cv-05987-JDW** |
| : | |
| **J.B. HUNT** : | |
| **TRANSPORT SERVICE INC.,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 25th day of November, 2025, upon consideration of Plaintiff Fatima Jewett's Motion To Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Complaint is **DEEMED** filed and is **DISMISSED WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum. Ms. Jewett may file an amended complaint on or before December 24, 2025. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Jewett's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Ms. Jewett should be mindful of the reasons for dismissing the claims in her initial Complaint as explained in the

accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

The Clerk Of Court shall send Ms. Jewett a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing civil action number for this case. Ms. Jewett may use this form to file her amended complaint if she chooses to do so.

If Ms. Jewett does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, she may file a notice with the Court on or before December 24, 2025, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

If Ms. Jewett fails to file any response to this Order, the Court will conclude that Ms. Jewett intends to stand on her Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**