IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FATIMA JEWETT, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:25-cv-05987-JDW |
| | : | |
| J.B. HUNT TRANSPORT SERVICE INC., et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 23rd day of January, 2026, upon consideration of Plaintiff Fatima Jewett's Amended Complaint (ECF No. 7), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. I will not grant leave to amend. The Clerk Of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**